# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

**FILED**

### CONCILIATION CONFERENCE MINUTES

OCT 1 1 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JUDITH A. HARMON | | |
| **Case Number:** | 15-23119-GLT | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 29, 2016 03:00 PM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

## Matter:

#14 - Continued Confirmation of Plan Dated 9/22/2015 (N)
(Trustees Certificate of Default Scheduled for 11/3/2016,
Amended Plan due 10/7/2016)
R / M #:  14 / 0

## Appearances:

Debtor:    *Schantz*

Trustee:  Winnecour / (Bedford) / Pail / Katz

Creditor:

## Proceedings:

*COD pending for 11·13-16*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to **11-3-16** at **9:30**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2016   1:12:25PM