Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Judith A. Harmon** : | Case No. 15−23119−GLT |
| **fka Judith A. Deliman** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No 39 |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

*AND NOW,* this **24th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23119-GLT
Judith A. Harmon                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas            Page 1 of 2           Date Rcvd: Oct 24, 2016
                            Form ID: 309          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db              +Judith A. Harmon,    229 Navajo Drive,    Greensburg, PA 15601-4933
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                  Pittsburgh, PA 15212-5861
14099029       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Center,     Attn:Collection Center,
                  P. O. Box 14931,    Pittsburgh, PA 15234)
14099031        First National Collection Bureau, Inc.,     610 Waltham Way,    Reno, NV 89509
14099034       +GC Services Limited Partnership,    Collection Agency Division,     6330 Gulfton,
                  Houston, TX 77081-1108
14145783       +PNC BANK, N.A.,   Attn: Bankruptcy Department,     3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
14099037       +PNC Mortgage,    3232 Nemark Drive,   Miamisburg, OH 45342-5433
14099036       +Peoples Natural Gas,    P. O. Box 6766,    Pittsburgh, PA 15212-0766
14099039       +Westmoreland County Clerk of Courts,     Courthouse Annex,    2 North Main Street,
                  Greensburg, PA 15601-2405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14099028        EDI: CHASE.COM Oct 25 2016 01:38:00     Chase,    Cardmember Services,    P.O. Box 15153,
                  Wilmington, DE 19886-5153
14099030       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Oct 25 2016 01:45:32
                  Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14099033       +EDI: FMAALLIANCE.COM Oct 25 2016 01:38:00      FMA Alliance, Ltd,    12339 Cutten Road,
                  Houston, TX 77066-1807
14099032       +EDI: AMINFOFP.COM Oct 25 2016 01:38:00     First Premier Bank,    3820 North Louise Avenue,
                  Sioux Falls, SD 57107-0145
14099035       +EDI: IIC9.COM Oct 25 2016 01:38:00     IC System,   Attn: Bankruptcy,    444 Highway 96 East,
                  P.O. Box 64378,    St. Paul, MN 55164-0378
14165846       +EDI: RESURGENT.COM Oct 25 2016 01:38:00     PYOD, LLC its successors and assigns as assignee,
                  of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 19008,
                  Greenville, SC 29602-9008
14099038        E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2016 01:45:14     West Penn Power,
                  76 South Main Street,    Akron, OH 44308-1890
14158899       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2016 01:45:14     West Penn Power,
                  5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Justin P. Schantz    on behalf of Debtor Judith A. Harmon jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
               ss@my-lawyers.us;rjuliano@my-lawyers.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Oct 24, 2016
                              Form ID: 309            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                            TOTAL: 5