**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JUDITH A. HARMON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-23119 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/30/2015 and confirmed on 03/10/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,769.72 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,769.72 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,874.33 | |
|    Trustee Fee | 270.79 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,145.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 3,624.60 | 0.00 | 3,624.60 |
|     Acct: 9993 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9993 | | | | |
|   PNC BANK NA | 14,419.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 9993 | | | | |
|   WESTMORELAND COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1787 | | | | |
| | | | | 3,624.60 |
| **Priority** | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUDITH A. HARMON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 3,510.00 | 2,874.33 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-23119 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|    JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| Unsecured | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 589.03 | 0.00 | 0.00 | 0.00 |
|       Acct: 0714 | | | | |
|    CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0697 | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: XRPDZ | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2557 | | | | |
|    FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4909 | | | | |
|    FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2266 | | | | |
|    GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6586 | | | | |
|    I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9001 | | | | |
|    WEST PENN POWER** | 496.20 | 0.00 | 0.00 | 0.00 |
|       Acct: 5098 | | | | |
|    PYOD LLC | 2,368.61 | 0.00 | 0.00 | 0.00 |
|       Acct: 8561 | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                           3,624.60

TOTAL CLAIMED
PRIORITY                  0.00
SECURED           14,419.75
UNSECURED       3.453.84

Date: 11/03/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com